JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 706 -- IN RE HOPS ANTITRUST LITIGATION

| Date | No. | Pleading Description |
|---|---|---|
| 86/08/18 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-F & CERT. OF SVC. -- Defendants S.S. Steiner, Inc. -- SUGGESTED TRANSFEREE DISTRICT; -- E.D. Pennsylvania -- SUGGESTED TRANSFEREE JUDGE (tmq) |
| 86/08/28 | | APPEARANCES: Terrence C. Sheehy, Esq. for ANHEUSER-BUSCH, INC.; William M. Bitting, Esq. for PABST BREWING CO., ET AL.; Michael Fischer, Esq. for G. HEILEMAN BREWING CO., INC.; Robert A. Skitol, Esq. for THE STROH BREWERY COMPANY; Robert S. Bassman, Esq. for MR. HENRY J. BARTH & MR HENRY VON EICHEL; Merrill G. Davidoff, Esq. for JOHN BARTH, INC., JOHN I. HAAS, INC., JOHN I. HAAS, GMBH, NUMICH, L. OPPENHEIMER & CO., INC.; Ted A. Roy, Esq. for WESTERN HOP CO., INC.; Anthony D. Shapiro, Esq. for LUPOFRESH, INC.; John T. Schell, III, Esq. for S.S. STEINER, INC.; Richard Bennett, Esq. for MR RICHARD SCHIFFER. |
| 86/08/29 | 2 | RESPONSE (TO PLDG. #1) -- Plaintiff The Stroh Brewery Company -- w/cert. of svc. (tmq) |
| 86/09/02 | 3 | RESPONSE TO PLDG. #1 -- Defendants "Barth Group" -- w/cert. of svc. (paa) |
| 86/09/02 | 4 | RESPONSE TO PLDG. #1 -- Defendant Richard Schiffer -- W/cert. of svc. (paa) |
| 86/09/02 | 5 | RESPONSE TO PLDG. #1 -- Defendant Henry J. Barth & Henry von Eichel -- W/cert. of svc. (paa) |
| 86/09/02 | 6 | RESPONSE TO PLDG. #1 -- Plaintiff G. Heileman -- W/cert. of svc. (paa) |
| 86/09/02 | 7 | RESPONSE (to pldg. #1), CROSS-MOTION, MEMORANDUM, SCHEDULE (A=1-A-7), EXHIBITS A-G -- Anheuser-Busch, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. MISSOURI -- w/cert. of service (cds) |
| 86/09/03 | | APPEARANCES: Jacob Imberman, Esq. for LOUIS S. GIMBEL, III & PHILIP WOLFMAN. (tmq) |
| 86/09/03 | 8 | RESPONSE (to pldg. #1) -- Plaintiffs "Pabst Group" -- w/cert. of svc. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/03 | 9 | RESPONSE (to pldg. #1) From Lupofresh's -- w/cert. of svc. (tmq) |
| 86/09/03 | 10 | RESPONSE (to pldg. #1) Defendants Louis S. Gimbel, III and Philip Wolfman -- w/cert. of svc. (tmq) |
| 86/09/04 | 11 | RESPONSE (to pldg. #1) -- Defendants Philip Wolfman -- AFFIDAVIT -- w/cert. of svc. (tmq) |
| 86/09/09 | 12 | RESPONSE, EXHIBITS A-E -- (to pldg. #1) -- S.S. Steiner w/cert. of svc. (tmq) |
| 86/09/15 | 13 | RESPONSE -- (to pldg. #7) -- Stroh Brewery Company w/cert. of svc. (tmq) |
| 86/09/18 | 14 | RESPONSE (to pldg. #7) -- G. Heileman Brewing Company -- w/cert. of svc. (tmq) |
| 86/10/03 | 15 | LETTER -- Horst Company Mainburg (dated September 24, 1986) signed by Dr. Louis Von Horst. (tmq) |
| 86/10/06 | 16 | LETTER -- Dagmar Siewert-Harms (dated September 28, 1986) signed by Rechtsanwaltin. (tmq) |
| 86/10/06 | 17 | LETTER -- Professor Dr. Wolfgang Harms (dated September 28, 1986) signed by Professor Dr. Wolfgang Harms. (tmq) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 through A-7 for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |
| 86/10/20 | | APPEARANCE: SUTTON KEANY, ESQ. for Fromm, Mayer-Bass, GmbH. (tmq) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 706 -- IN RE HOPS ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- John T. Schell, III, Esq. for S.S. Steiner, Inc.; Merrill G. Davidoff, Esq. for John Barth, Inc, John I. Haas, Inc, John I. Haas, GmbH, Munich, John Barth & Sohn, Nuremberg & L. Oppenheimer & Co., Inc.; Donald H. Mullins, Esq. for Lupofresh, Inc.; Robert S. Bassman, Esq. for Henry J. Barth, Henry Von Eichel & Richard Schiffen; Terrence C. Sheehy, Esq. for Anheuser-Busch, Inc.; William M. Bitting or Dean E. Dennis, Esquires for Papst Brewing Company, Olympia Brewing Company, General Brewing Company, Falstafff Brewing Corporation, Narragansett Brewing Company & Pearl Brewing Company; Robert A. Skitol, Esq. for The Stroh Brewery Company; David Beckwith, Esq. for G. Heileman Brewing Company, Inc. (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986 in Louisville, Kentucky -- Sutton Keany, Esq. for Fromm Mayer Bass, GmbH; Ted Roy, Esq. for Western Hop Co., Inc. (paa) |
| 86/12/05 | | CONSENT OF TRANSFEREE COURT -- For transfer of actions to E.D. of Missouri for assignment to Judge Hungate. (tmq) |
| 86/12/05 | | TRANSFER ORDER -- Transferring actions to E.D. Missouri for assignment to Judge Hungate pursuant to Section 1407 -- Notified involved counsel, clerks, miscellaneous recipients and judges. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 706 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HOPS ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates 11/20/86 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/05/86 | TO | unpublished | E.D. Missouri | William L. Hungate | |

~~Lisa Kottasch~~ Marcia Daeling
314-425-4356

Special Transferee Information

DATE CLOSED: 1/4/88

JPML FORM 1            LISTING OF INVOLVED ACTIONS

DOCKET NO. 706 -- IN RE HOPS ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Anheuser-Busch, Inc. v. John Barth, Inc., et al. | Mo.,E. Hungate | 86-0420-C-3 | | | 1/4/88 D | |
| A-2 | Pabst Brewing Co., et al. v. John Barth, Inc., et al. | Mo.,E. Nangle | 86-1296-C-3 | | | 2/23/87 D | |
| A-3 | Anheuser-Busch, Inc. v. John I. Haas, GmbH, et al. | Mo.,E. Hungate | 86-1589-C-3 | | open | 3/19/8? | |
| A-4 | G. Heileman Brewing Co., Inc. v. John Barth, Inc., et al. | Mo.,E. Harper | 86-1553-C-3 | | | 2/11/87 D | |
| A-5 | The Stroh Brewery Co. v. John Barth, Inc., et al. | Mich.,E. Hackett | 86-CV-73241DT | 12/5/86 | 86-2490C | 2/4/87 D | |
| A-6 | Anheuser-Busch, Inc. v. Louis S. Gimbel, III, et al. | N.Y.,S. Conner | 86-6027 (WCC) | 12/5/86 | 86-2491C | 4/6/87 D | |
| A-7 | Anheuser-Busch, Inc. v. Henry J. Barth, et al. | D.C. Penn | 86-2127 | 12/5/86 | 86-2492C | 1/4/88 D | |

July 1987 - 3 TR / 4 XYZ / 4 Dis / 3 Pdg.
July 1988 - 3 dis / Docket Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 706 -- IN RE HOPS ANTITRUST LITIGATION

---

ANHEUSER-BUSCH, INC. (A-1, A-3, A-6 and A-7)
Terrence C. Sheey, Esquire
Howrey & Simon
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

PABST BREWING COMPANY, ET AL. (A-2)
William M. Bitting, Esquire
Hill, Farrer & Burrill
445 S. Figueroa, 34th Floor
Los Angeles, California 90071

G. HEILEMAN BREWING COMPANY, INC., (A-4)
Michael Fischer, Esquire
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

THE STROH BREWERY COMPANY, (A-5)
Robert A. Skitol, Esquire
Wald, Harkrader & Ross
1300 Nineteenth Street, N.W.
Washington, D.C. 20036

MR. HENRY J. BARTH
MR. HENRY VON EICHEL
Robert S. Bassman, Esquire
Bassman, Mitchell & Alfano
1707 H Street, N.W.
Washington, D.C. 20006

---

JOHN BARTH, INC.
JOHN I. HAAS, INC.
JOHN I. HAAS, GMBH, MUNICH
JOHN BARTH & SOHN, NUREMBERG
L. OPPENHEIMER & CO., INC.
Merril G. Davidoff, Esquire
Berger & Montague
1622 Locust Street
Philadelphia, Pennsylvania 19103

WESTERN HOP COMPANY, INC
Ted A. Roy, Esquire
Roy & Pell
P.O. Box 2566
201 East "D" Street
Yakima, Washington 98907

LUPOFRESH, INC.
Anthony D. Shapiro, Esquire
Schweppe, Krug & Tausend, P.S.
800 Waterfront Place
1011 Western Avenue
Seattle, Washington 98104

S.S. STEINER, INC.
John T. Schell, III
Hansell & Post
1667 K Street, N.W.
Suite 500
Washington, D.C. 20006

MR. RICHARD SCHIFFER
Richard Bennett, Esquire
Bennett & King
156 Fifth Avenue
Suite 304
New York, New York 10010

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __706__ -- __IN RE HOPS ANTITRUST LITIGATION__

PHILIP WOLFMAN
LOUIS S. GIMBEL, III          *per request*
~~Jacob Imberman, Esq.~~
~~Proskauer Rose Goetz & Mendelsohn~~
~~300 Park Avenue~~
~~New York New York 10022~~

HORST COMPANY MAINBURG
Dagmar Siewert-Harms
  Rechtsanwaltin
Kumeystr. 2, Tel. 778
4400 Munster-Nienberge

FIRMA SEBASTIAN KLOTZ
Prof. Dr. Wolfgang Harms
4400 Munster-Nienberge
Kurneystrasse 2

FROMM, MAYER-BASS, GMBH
Sutton Keany, Esquire
Winthrop, Stimson, Putnam &
  Roberts
40 Wall Street
New York, New York 10005

PHILIP WOLFMAN
c/o S.S. Steiner, Inc.
655 Madison Avenue
New York, New York  10021

LOUIS S. GIMBEL, III
c/o S.D. Steiner
655 Madison Avenue
New York, New York  10021

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 706 -- IN RE HOPS ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| JOHN BARTH, INC. ✓ | A-1, A-2, A-4, A-5 |
| JOHN I. HAAS, INC. ✓ | A-1, A-2, A-3, A-4, A-5 |
| LUPOFRESH, INC. ✓ | A-1, A-2, A-4, A-5 |
| S. S. STEINER, INC. ✓ | A-1, A-2, A-4, A-5 |
| WESTERN HOP COMPANY ✓ | A-4, A-5 |
| LOUIS S. GIMBEL, III ✓ | A-4, dis'd |
| PHILIP WOLFMAN | A-4, dis'd |
| HENRY J. BARTH ✓ | A-1, |
| JOHN I. HAAS, GMBH ✓ | A-3 |
| JOH. BARTH & SOHN, ✓ | A-3, |
| HORST COMPANY | A-3, |

p. _____

| | |
|---|---|
| FIRMA SEBASTIAN KLOTZ | A-3, |
| FROMM, MAYER -BASS, GMBH | A-3, |
| L. OPPENHEIMER & CO., ✓ | A-3, |
| RICHARD SCHIFFER ✓ | A-6, |
| HENRY VON EICHEL ✓ | A-7, |
| | |
| | |
| | |
| | |
| | |
| | |